**NIGHTLIFE PARTNERS, LTD.; Entertainment Association of L.A., Inc., a California Corporation; Deju Vu Show Girls of Beverly Hills LLC, a**

---

* The Honorable Jane A. Restani, United States Court of International Trade, sitting by designation.

Nevada Limited Liability Company; Deju Vu Consulting Inc., a Michigan Corporation; Jane Doe, I; Jane Doe, II, Plaintiffs—Appellants,

v.

CITY OF BEVERLY HILLS, Defendant—Appellee.

No. 02–57007.

D.C. No. CV–01–01563–DDP.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 4, 2003.

Decided Aug. 19, 2003.

Before KOZINSKI, T.G. NELSON, Circuit Judges, and RESTANI, Judge.*

### MEMORANDUM**

Though the district court's decision granting partial summary judgment to the city may have the indirect effect of "refusing ... [an] injunction[ ]," *see* 28 U.S.C. § 1292(a)(1), we decline to interpret 28 U.S.C. § 1292 so broadly as to allow an interlocutory appeal that would inevitably result in "piecemeal review." *See Carson v. Am. Brands, Inc.*, 450 U.S. 79, 84, 101 S.Ct. 993, 67 L.Ed.2d 59 (1981).

**DISMISSED.**

---

* The Honorable Jane A. Restani, United States Court of International Trade, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.